UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| MARITZA VALDES, | Case No. 1:08-cv-872 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Joseph G. Scoville |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant, | |

---

## JUDGMENT

Final judgment is entered in favor of the defendant and against the plaintiff.

**IT IS SO ORDERED this 8th day of March 2010**.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge